This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Charles Gregory Hicks v. JGI General Contractors

| | |
|---|---|
| Case Number | 39C01-2201-CT-000061 |
| Court | Jefferson Circuit Court |
| Type | CT - Civil Tort |
| Filed | 01/24/2022 |
| Status | 01/24/2022 , Pending  (active) |

## Parties to the Case

Defendant   JGI General Contractors

Address
3515 Mattingly Road
Buckner, KY 40010

Attorney
Jessica Nicole Hamilton
*#3426871, Retained*

550 Congressional Blvd.
Suite 310
Carmel, IN 46032
317-818-1360(W)

Plaintiff      Hicks, Charles Gregory

Address
871 South Double or Nothing Road
Scottsburg, IN 47170

Attorney
Heidi Annette Kendall-Sage
*#1803053, Retained*

One West 6th Street
Madison, IN 47250
812-273-5230(W)

## Chronological Case Summary

| 01/24/2022 | **Case Opened as a New Filing** |
|---|---|

| 01/24/2022 | **Appearance Filed** | |
|---|---|---|
| | Appearance | |
| | For Party: | Hicks, Charles Gregory |
| | File Stamp: | 01/24/2022 |

| 01/24/2022 | **Complaint/Equivalent Pleading Filed** |
|---|---|

Complaint for Damages

| Filed By: | Hicks, Charles Gregory |
|---|---|
| File Stamp: | 01/24/2022 |

| 01/24/2022 | **Subpoena/Summons Filed** |
|---|---|

Summons

| Filed By: | Hicks, Charles Gregory |
|---|---|
| File Stamp: | 01/24/2022 |

| 02/11/2022 | **Appearance Filed** |
|---|---|

Appearance

| For Party: | JGI General Contractors |
|---|---|
| File Stamp: | 02/11/2022 |

| 02/11/2022 | **Motion Filed** |
|---|---|

Motion for Extension of Time

| Filed By: | JGI General Contractors |
|---|---|
| File Stamp: | 02/11/2022 |

| 02/15/2022 | **Order Approving** |
|---|---|

ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT - Defendant shall have to and including March 15, 2022 to file an answer to Plaintiff's Complaint.

| Order Signed: | 02/14/2022 |
|---|---|

| 02/16/2022 | **Automated ENotice Issued to Parties** |
|---|---|

Order Approving ---- 2/15/2022 : Jessica Nicole Hamilton;Heidi Annette Kendall-Sage

| 03/15/2022 | **Motion Filed** |
|---|---|

Motion to Amend Complaint

| Filed By: | Hicks, Charles Gregory |
|---|---|
| File Stamp: | 03/15/2022 |

| 03/15/2022 | **Appearance Filed** |
|---|---|

Appearance of Jessica Hamilton (amended)

| For Party: | JGI General Contractors |
|---|---|
| File Stamp: | 03/15/2022 |

| 03/15/2022 | **Motion Filed** |
|---|---|

Unopposed Motion for Extension of Time

| Filed By: | JGI General Contractors |
|---|---|
| File Stamp: | 03/15/2022 |

| 03/16/2022 | **Order Granting** |
|---|---|

ORDER GRANTING MOTION TO AMEND COMPLAINT

| Order Signed: | 03/15/2022 |
|---|---|

| 03/16/2022 | **Order Issued** |
|---|---|

ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT - Defendant shall have 15 days after the filing of Plaintiflf's Amended Complaint to file an answer or otherwise respond to Plaintiff's Amended Complaint

| Order Signed: | 03/15/2022 |
|---|---|

| 03/17/2022 | **Automated ENotice Issued to Parties** |
|---|---|

Order Granting ---- 3/16/2022 : Jessica Nicole Hamilton;Heidi Annette Kendall-Sage Order Issued ---- 3/16/2022 : Jessica Nicole Hamilton;Heidi Annette Kendall-Sage

| 03/17/2022 | **Amended Pleading Filed** |
|---|---|

Plaintiffs First Amended Complaint against Jacobs Group, Inc.

| Filed By: | Hicks, Charles Gregory |
|---|---|
| File Stamp: | 03/17/2022 |

| 03/17/2022 | **Subpoena/Summons Filed** |
|---|---|

Summons Jacobs Group

| Filed By: | Hicks, Charles Gregory |
|---|---|
| File Stamp: | 03/17/2022 |

| 03/18/2022 | **Automated ENotice Issued to Parties** |
|---|---|

Order Issued ---- 3/16/2022 : Jessica Nicole Hamilton;Heidi Annette Kendall-Sage

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Hicks, Charles Gregory

Plaintiff

**Balance Due** (as of 03/31/2022)

**0.00**

#### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

#### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 01/24/2022 | Transaction Assessment | 157.00 |
| 01/24/2022 | Electronic Payment | (157.00) |

> This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

IN THE JEFFERSON CIRCUIT COURT
STATE OF INDIANA
CAUSE NO: ____39C01-2201-CT-000061____

| | |
|---|---|
| Charles Gregory Hicks | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| JGI General Contractors | ) |
| Defendant | ) |

**APPEARANCE BY ATTORNEY IN CIVIL CASE**

Party Classification:  Initiating ___X__ Responding _____ Intervening _____

1.    The undersigned attorney now appears in this case for the following party member: Charles Gregory Hicks

2.    Applicable attorney information for service as required by Trial Rule 5 (b) (2) and for case information as required by Trial Rules 3.1 and 77 (b) is as follows:

> **Heidi Kendall-Sage, #18030-53**
> **ALCORN, SAGE, SCHWARTZ, & MAGRATH, LLP**
> **One West Sixth Street**
> **Madison, Indiana   47250**
> **Telephone: (812) 273-5230**
> **Fax:   (812) 274-9142**
> **Email:  Sage@advocatelawoffices.com**

**IMPORTANT: Each attorney specified on this appearance:**
(a) certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b) **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c) understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3. If first initiating party filing this case, the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b) (3):   **CT**

4. I will accept service by FAX at the above noted number:  **No.**

5. This case involves support issues:   **No.**

6. There are related cases:    **No.**

7. Additional information required by local rule:       **N/A.**

8. Service by:  **Certificate of Service Attached.**

Respectfully submitted,


_/s/Heidi Kendall-Sage_____
Heidi Kendall-Sage
#18030-53
ALCORN SAGE SCHWARTZ & MAGRATH, LLP
One West Sixth Street
Madison Indiana 47250
(812)273-5230

STATE OF INDIANA      )          IN THE JEFFERSON CIRCUIT COURT
                     ) SS:
COUNTY OF JEFFERSON  )


CHARLES GREGORY HICKS,    )
                     )
      Plaintiff,        )
                     )
    vs.            )     CAUSE NO.  39C01-2201-CT-000061
                     )
JGI General Contractors,   )
                     )
      Defendant.    )

## COMPLAINT FOR DAMAGES

Comes now the Plaintiff, Charles Gregory Hicks, by counsel Heidi Kendall-Sage and for his Complaint says:

1. That the Plaintiff, Charles Gregory Hicks , on or about the 14th day of June, 2021, , was working as a painter at the Deputy Fire Department in Jefferson County, Deputy, in the State of Indiana (hereinafter "the construction site").

2. That the Defendant, JGI General Contractors ("James Group"), was working at the Deputy Fire Department in Jefferson County, Deputy, Indiana, at the same date and time as the General Contractor of the construction project.

3. At all times relevant to this Complaint, the Plaintiff was a resident of Jefferson County, Indiana.

4. At all times relevant to this Complaint, the Defendant was operating a business inside the State of Indiana, with headquarters located at 3515 Mattingly Road, Buckner, KY 40010.

3.  That the construction project was ongoing inside of the Deputy Fire Department at this date and time of June 14, 2021.

4.      That an employee of the Defendant Jacobs Group began to construct an item using plywood.  While in the course and scope of their employment, an employee of Jacobs Group placed the plywood against a door/wall in the construction site, and left the plywood laying in the walking pathway.

5.      That the Plaintiff, Charles Gregory Hicks, turned a corner inside of the Deputy Fire Department construction site, and caught his foot on the plywood that was placed against the wall but protruding into the walking path.

6.      That as a proximate cause of the plywood placement into the walking path, the Plaintiff tripped and fell and was severely injured.

7.      That the negligent construction and placement of the plywood in the walking path of the Plaintiff by the Defendant James Group and its employees was the proximate cause of the severe and permanent personal injuries sustained by the Plaintiff.

8.  That the Defendant James Group, as the General Contractor on this construction project, assumed the duty of providing a safe workplace environment, free of hazards, for the construction workers on the site, like the Plaintiff.

9.  That the Defendant James Group, as the General Contractor on this construction project, was contractually obligated to provid3 a safe workplace environment, free of hazards, for the construction workers on the site, like the Plaintiff.

10. The Defendant James Group failed to provide a safe working environment for construction workers on the site, and breached their duties by:

a. Creating and maintaining walking areas with debris in the walking path of the workers;

b. Failing to adequately mark and/or to provide temporary interior lighting to the workplace, so as to warn pedestrians/workers of the unsafe areas and trip hazards:

c. Failing to place a physical barrier or barriers to protect and prevent pedestrians/workers from walking into trip hazards;

d. Physically blocking a reasonable route of access for pedestrians/workers walking within the construction site; and

e. Creating a trip hazard by placing a piece of plywood in a walkway used by workers at the construction site.

10. That the Defendant owed a duty to the Plaintiff to keep the Construction Site premises in a reasonably safe condition, and not to cause unsafe walking conditions.

11. That due to the Defendant's negligence and as a direct and proximate cause of said negligence, the Plaintiff has sustained personal injuries, has incurred and will continue to incur medical expenses as a result of said injuries, and has endured and will continue to endure pain and suffering as a result of his injuries, the full extent and permanency of which are not yet fully ascertainable.  The Plaintiff has further suffered a loss of income and will continue to suffer a loss of income due to his injuries, all of which damages are an amount which is not yet fully ascertainable, by for which the Defendant is liable.

WHEREFORE,  the Plaintiff prays for a Judgment against the Defendant in an amount which will compensate him for the losses suffered as a result of the Defendant's negligence, and for all other necessary and proper relief in the premises.

_____

CHARLES GREGORY HICKS, Plaintiff

Respectfully submitted,

_____

Heidi Kendall-Sage, #18030-53
ALCORN SAGE SCHWARTZ & MAGRATH, LLP
One West Sixth Street
Madison, Indiana 47250
(812)273-5230

JURY DEMAND

The plaintiff by his/her counsel, Heidi Kendall-Sage, demands that this cause by tried by

jury.

Respectfully submitted,

_____

Heidi Kendall-Sage, #18030-53
ALCORN SAGE SCHWARTZ & MAGRATH, LLP
One West Sixth Street
Madison, Indiana 47250
(812)273-5230

Jefferson Circuit Court

IN THE
STATE OF INDIANA
JEFFERSON CIRCUIT COURT
CASE NO.: **39C01-2201-CT-000061**

Charles Gregory Hicks )
Plaintiff, )
)
vs. )
)
JGI General Contractors )
Defendant. )

## SUMMONS

THE STATE OF INDIANA TO DEFENDANT:

(Name):      JGI General Contractors
(Address:)    3515 Mattingly Road
              Buckner KY 40010

You are hereby notified that you have been sued in the Switzerland Circuit Court by the person(s) named as plaintiff(s).

The nature of the suit against you is stated in the complaint which is attached to this summons.  It also states the relief sought or the demand made against you by the plaintiff(s).

An answer or other appropriate response in writing to the complaint must be filed either you or your attorney within twenty (20) days commencing the day after you receive this summons (or twenty-three (23) days if this summons was received by mail) or a judgment by default may be rendered against you for the relief demanded by plaintiff(s) in the complaint.

If you have a claim for relief against the plaintiff(s) arising from the same transaction or occurrence, you must assert it in your written answer.

DATE:_____1/24/2022_____      _____

                                        Clerk,

(The following manner of service of summons is hereby designated)

_____XXX_____      Registered or certified mail.
_____      Service on individual(s) at above address.
_____      Service at place of employment, to-wit_____
_____      Service on agent. (Specify) _____
_____      Other Service. (Specify): _____

ALCORN SAGE SCHWARTZ & MAGRATH, LLP
Attorney for Plaintiff(s)
One West Sixth Street, Madison, Indiana 47250
Address
(812) 273-5230
Telephone

99410.28

STATE OF INDIANA                          IN JEFFERSON CIRCUIT COURT

COUNTY OF JEFFERSON                       CAUSE NO.: 39C01-2201-CT-0061

CHARLES GREGORY HICKS,

     Plaintiff,

v.

JGI GENERAL CONTRACTORS,

     Defendant.

## E-FILING APPEARANCE BY ATTORNEY UNDER TRIAL RULE 3.1

1.     The party on whose behalf this form is being filed is:  Responding

The undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

### JGI GENERAL CONTRACTORS

2.     Attorney information for service as required by Trial Rule 5(B)(2):

     Jessica N. Hamilton     Atty. No. #34268-71
     KOPKA PINKUS DOLIN PC     Telephone: 317-818-1360
     550 Congressional Blvd., Suite 310     Facsimile:  317-818-1390
     Carmel, IN 46032     Email:  jnhamilton@kopkalaw.com

**IMPORTANT**:  Each attorney specified on this appearance:

(a)     certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)     acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and

(c)     understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3.      This is a civil tort case type as defined in administrative Rule 8(B)(3)

4.      I will accept service by:
        Fax at the above noted number:  NO
        Email at the above noted address:  YES

5.      This case involves child support issues:  NO

6.      This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order:  NO

7.      This case involves a petition for involuntary commitment:  NO

8.      Are there related cases:  NO

9.      Additional information required by local rule:  NONE

10.     Are there other party members:  NO

11.     This form has been served on all other parties and Certificate of Service is attached:  YES


                        Respectfully Submitted,

                        KOPKA PINKUS DOLIN PC


                        By:   /s/ Jessica N. Hamilton
                              Jessica N. Hamilton (#34268-71)
                              Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on the 11th day of February, 2022, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Heidi Kendall-Sage
Alcorn Sage Schwartz & Magrath
One W. Sixth St.
Madison, IN  47250

           */s/ Jessica N. Hamilton*

KOPKA PINKUS DOLIN PC
550 Congressional Blvd.
Suite 310
Carmel, IN  46032
Tel: (317) 818-1360
Fax: (317) 818-1390
Email: jnhamilton@kopkalaw.com

Filed: 2/11/2022 11:36 AM
Jefferson Circuit Court
Jefferson County, Indiana

99410.25

STATE OF INDIANA                              IN JEFFERSON CIRCUIT COURT

COUNTY OF JEFFERSON                           CAUSE NO.: 39C01-2201-CT-0061

CHARLES GREGORY HICKS,

     Plaintiff,

v.

JGI GENERAL CONTRACTORS,

     Defendant.

## <u>UNOPPOSED MOTION FOR EXTENSION OF TIME</u>

Defendant JGI General Contractors, by counsel, Jessica N. Hamilton of Kopka Pinkus Dolin PC, for its Motion for Extension of Time, states:

1.     Undersigned counsel has been retained to represent Defendant in this lawsuit.

2.     Defendant and its undersigned counsel require an additional thirty (30) days to properly investigate the allegations in Plaintiff's Complaint, so that an adequate response may be formulated, prepared and filed with the Court by counsel.

3.     No prior extensions have been requested.

4.     Such enlargement of time shall expire on March 15, 2022.

5.     This Motion is made in good faith and not for the purpose of delay.

6.     Plaintiff's counsel has no objection to this motion.

**WHEREFORE,** Defendant, JGI General Contractors, respectfully requests an extension of thirty (30) days, to and including March 15, 2022 to answer or otherwise respond to Plaintiff's Complaint, and all other just and proper relief.

1

Respectfully Submitted,

KOPKA PINKUS DOLIN PC

By: ___/s/ Jessica N Hamilton_____
     Jessica N. Hamilton (#34268-71)
     Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on the 11th day of February, 2022, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Heidi Kendall-Sage
Alcorn Sage Schwartz & Magrath
One W. Sixth St.
Madison, IN  47250

                          _____*/s/ Jessica N. Hamilton*_____

KOPKA PINKUS DOLIN PC
550 Congressional Blvd.
Suite 310
Carmel, IN  46032
Tel:    (317) 818-1360
Fax:    (317) 818-1390
Email: jnhamilton@kopkalaw.com

99410.27

STATE OF INDIANA                    IN JEFFERSON CIRCUIT COURT

COUNTY OF JEFFERSON                 CAUSE NO.: 39C01-2201-CT-0061

CHARLES GREGORY HICKS,

     Plaintiff,

v.

JGI GENERAL CONTRACTORS,

     Defendant.

## ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

     Defendant JGI General Contractors, by counsel, files with the Court its Unopposed Motion for Extension of time to Respond to Plaintiff's Complaint.

     The Court being duly advised now GRANTS said motion and ORDERS that Defendant shall have to and including March 15, 2022 to file an answer to Plaintiff's Complaint.

     SO ORDERED:   2/14/2022

_____
JUDGE
Jefferson Circuit Court

Distribution to parties via IEFS

STATE OF INDIANA        )           IN THE JEFFERSON CIRCUIT COURT
                        ) SS:
COUNTY OF JEFFERSON     )


CHARLES GREGORY HICKS,       )
                             )
        Plaintiff,           )
                             )
    vs.                      )       CAUSE NO. 39C01-2201-CT-000061
                             )
JACOBS GROUP, INC,           )
                             )
        Defendant.           )

---

### PLAINTIFF'S FIRST MOTION TO FILE AMENDED COMPLAINT FOR DAMAGES

Comes now the Plaintiff, by counsel, Heidi Kendall-Sage, and request the Court allow the amendment of the Plaintiff's Complaint for Damages and in support of said Motion would state as follows:

1.  That on January 4, 2022, a Complaint for Damages was filed in the Jackson Superior Court 1 against the above-named defendant. (Exhibit A).

2.  Due to an error, the Defendant is listed as JGI General Contractors in the Complaint for Damages.

3.  The Defendant's correct name is Jacobs Group, Inc.

4.  Plaintiff has attached his proposed Amended Complaint reflecting the change in paragraph 2.  (Exhibit B).

5.  The statute of limitations for this cause of action has not yet expired.


WHEREFORE, the Plaintiff respectfully requests that the Court grant his leave to amend her Complaint for Damages, to correct the improperly named defendant.

Respectfully submitted,

/s/: Heidi Kendall-Sage
Heidi Kendall-Sage, #18030-53
Alcorn Sage Schwartz & Magrath, LLP
One West Sixth Street
Madison, Indiana 47250

## **CERTIFICATE OF SERVICE**

I, Heidi Kendall-Sage, hereby certify that on this 15th day of March, 2022, I electronically filed the foregoing with the Clerk of the Court using the Indiana E-Filing System ("IEFS"), and a copy of the foregoing was served upon the following by IEFS or by placing a copy in the United States Mail, postage prepaid to ensure prompt delivery.

JGI General Contractors/James Group
3515 Mattingly Road
Buckner KY 40010

/s/: Heidi Kendall-Sage

Filed: 1/24/2022 8:40 AM
Clerk
Jefferson County, Indiana

Jefferson Circuit Court

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE JEFFERSON CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF JEFFERSON | ) | |

| | | |
|---|---|---|
| CHARLES GREGORY HICKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO.   39C01-2201-CT-000061 |
| | ) | |
| JGI General Contractors, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT FOR DAMAGES

Comes now the Plaintiff, Charles Gregory Hicks, by counsel Heidi Kendall-Sage and for his Complaint says:

1. That the Plaintiff, Charles Gregory Hicks, on or about the 14th day of June, 2021, , was working as a painter at the Deputy Fire Department in Jefferson County, Deputy, in the State of Indiana (hereinafter "the construction site").

2. That the Defendant, JGI General Contractors ("James Group"), was working at the Deputy Fire Department in Jefferson County, Deputy, Indiana, at the same date and time as the General Contractor of the construction project.

3. At all times relevant to this Complaint, the Plaintiff was a resident of Jefferson County, Indiana.

4. At all times relevant to this Complaint, the Defendant was operating a business inside the State of Indiana, with headquarters located at 3515 Mattingly Road, Buckner, KY 40010.



3. That the construction project was ongoing inside of the Deputy Fire Department at this date and time of June 14, 2021.

4. That an employee of the Defendant Jacobs Group began to construct an item using plywood. While in the course and scope of their employment, an employee of Jacobs Group placed the plywood against a door/wall in the construction site, and left the plywood laying in the walking pathway.

5. That the Plaintiff, Charles Gregory Hicks, turned a corner inside of the Deputy Fire Department construction site, and caught his foot on the plywood that was placed against the wall but protruding into the walking path.

6. That as a proximate cause of the plywood placement into the walking path, the Plaintiff tripped and fell and was severely injured.

7. That the negligent construction and placement of the plywood in the walking path of the Plaintiff by the Defendant James Group and its employees was the proximate cause of the severe and permanent personal injuries sustained by the Plaintiff.

8. That the Defendant James Group, as the General Contractor on this construction project, assumed the duty of providing a safe workplace environment, free of hazards, for the construction workers on the site, like the Plaintiff.

9. That the Defendant James Group, as the General Contractor on this construction project, was contractually obligated to provid3 a safe workplace environment, free of hazards, for the construction workers on the site, like the Plaintiff.

10. The Defendant James Group failed to provide a safe working environment for construction workers on the site, and breached their duties by:

    a. Creating and maintaining walking areas with debris in the walking path of the workers;

    b. Failing to adequately mark and/or to provide temporary interior lighting to the workplace, so as to warn pedestrians/workers of the unsafe areas and trip hazards:

    c. Failing to place a physical barrier or barriers to protect and prevent pedestrians/workers from walking into trip hazards;

    d. Physically blocking a reasonable route of access for pedestrians/workers walking within the construction site; and

    e. Creating a trip hazard by placing a piece of plywood in a walkway used by workers at the construction site.

    10. That the Defendant owed a duty to the Plaintiff to keep the Construction Site premises in a reasonably safe condition, and not to cause unsafe walking conditions.

    11. That due to the Defendant's negligence and as a direct and proximate cause of said negligence, the Plaintiff has sustained personal injuries, has incurred and will continue to incur medical expenses as a result of said injuries, and has endured and will continue to endure pain and suffering as a result of his injuries, the full extent and permanency of which are not yet fully ascertainable. The Plaintiff has further suffered a loss of income and will continue to suffer a loss of income due to his injuries, all of which damages are an amount which is not yet fully ascertainable, by for which the Defendant is liable.

    WHEREFORE, the Plaintiff prays for a Judgment against the Defendant in an amount which will compensate him for the losses suffered as a result of the Defendant's negligence, and for all other necessary and proper relief in the premises.

_____

CHARLES GREGORY HICKS, Plaintiff

Respectfully submitted,

_____

Heidi Kendall-Sage, #18030-53
ALCORN SAGE SCHWARTZ & MAGRATH, LLP
One West Sixth Street
Madison, Indiana 47250
(812)273-5230

JURY DEMAND

The plaintiff by his/her counsel, Heidi Kendall-Sage, demands that this cause by tried by jury.

Respectfully submitted,

_____

Heidi Kendall-Sage, #18030-53
ALCORN SAGE SCHWARTZ & MAGRATH, LLP
One West Sixth Street
Madison, Indiana 47250
(812)273-5230

STATE OF INDIANA    )        IN THE JEFFERSON CIRCUIT COURT
                     ) SS:
COUNTY OF JEFFERSON  )

CHARLES GREGORY HICKS,  )
                     )
      Plaintiff,        )
                     )
    vs.              )       CAUSE NO. 39C01-2201-CT-000061
                     )
JACOBS GROUP, INC,     )
                     )
      Defendant.     )

## PLAINTIFF'S FIRST AMENDED
## COMPLAINT FOR DAMAGES

Comes now the Plaintiff, Charles Gregory Hicks, by counsel Heidi Kendall-Sage and for his Complaint says:

1.  That the Plaintiff, Charles Gregory Hicks , on or about the 14th day of  June, 2021, , was working as a painter at the Deputy Fire Department in Jefferson County, Deputy, in the State of Indiana (hereinafter "the construction site").

2.  That the Defendant, Jacobs Group, Inc. ("Jacobs Group"), was working at the Deputy Fire Department in Jefferson County, Deputy, Indiana, at the same date and time as the General Contractor of the construction project.

3.  At all times relevant to this Complaint, the Plaintiff was a resident of Jefferson County, Indiana.

4.  At all times relevant to this Complaint, the Defendant was operating a business inside the State of Indiana, with headquarters located at 3515 Mattingly Road, Buckner, KY 40010.



PLAINTIFF'S
EXHIBIT
_B_

3.  That the construction project was ongoing inside of the Deputy Fire Department at this date and time of June 14, 2021.

4.  That an employee of the Defendant Jacobs Group began to construct an item using plywood.  While in the course and scope of their employment, an employee of Jacobs Group placed the plywood against a door/wall in the construction site, and left the plywood laying in the walking pathway.

5.  That the Plaintiff, Charles Gregory Hicks, turned a corner inside of the Deputy Fire Department construction site, and caught his foot on the plywood that was placed against the wall but protruding into the walking path.

6.  That as a proximate cause of the plywood placement into the walking path, the Plaintiff tripped and fell and was severely injured.

7.  That the negligent construction and placement of the plywood in the walking path of the Plaintiff by the Defendant Jacobs Group and its employees was the proximate cause of the severe and permanent personal injuries sustained by the Plaintiff.

8.  That the Defendant Jacobs Group, as the General Contractor on this construction project, assumed the duty of providing a safe workplace environment, free of hazards, for the construction workers on the site, like the Plaintiff.

9.  That the Defendant Jacobs Group, as the General Contractor on this construction project, was contractually obligated to provid3 a safe workplace environment, free of hazards, for the construction workers on the site, like the Plaintiff.

10. The Defendant Jacobs Group failed to provide a safe working environment for construction workers on the site, and breached their duties by:

a. Creating and maintaining walking areas with debris in the walking path of the workers;

b. Failing to adequately mark and/or to provide temporary interior lighting to the workplace, so as to warn pedestrians/workers of the unsafe areas and trip hazards:

c. Failing to place a physical barrier or barriers to protect and prevent pedestrians/workers from walking into trip hazards;

d. Physically blocking a reasonable route of access for pedestrians/workers walking within the construction site; and

e. Creating a trip hazard by placing a piece of plywood in a walkway used by workers at the construction site.

10. That the Defendant owed a duty to the Plaintiff to keep the Construction Site premises in a reasonably safe condition, and not to cause unsafe walking conditions.

11. That due to the Defendant's negligence and as a direct and proximate cause of said negligence, the Plaintiff has sustained personal injuries, has incurred and will continue to incur medical expenses as a result of said injuries, and has endured and will continue to endure pain and suffering as a result of his injuries, the full extent and permanency of which are not yet fully ascertainable.   The Plaintiff has further suffered a loss of income and will continue to suffer a loss of income due to his injuries, all of which damages are an amount which is not yet fully ascertainable, by for which the Defendant is liable.

WHEREFORE,  the Plaintiff prays for a Judgment against the Defendant in an amount which will compensate him for the losses suffered as a result of the Defendant's negligence, and for all other necessary and proper relief in the premises.

_____

CHARLES GREGORY HICKS, Plaintiff

Respectfully submitted,

_____

Heidi Kendall-Sage, #18030-53
ALCORN SAGE SCHWARTZ & MAGRATH, LLP
One West Sixth Street
Madison, Indiana 47250
(812)273-5230

JURY DEMAND

The plaintiff by his/her counsel, Heidi Kendall-Sage, demands that this cause by tried by

jury.

Respectfully submitted,

_____

Heidi Kendall-Sage, #18030-53
ALCORN SAGE SCHWARTZ & MAGRATH, LLP
One West Sixth Street
Madison, Indiana 47250
(812)273-5230

99410.66

STATE OF INDIANA      IN JEFFERSON CIRCUIT COURT

COUNTY OF JEFFERSON    CAUSE NO.: 39C01-2201-CT-0061

CHARLES GREGORY HICKS,

   Plaintiff,

v.

JGI GENERAL CONTRACTORS,

   Defendant.

## <u>AMENDED E-FILING APPEARANCE BY ATTORNEY UNDER TRIAL RULE 3.1</u>

  1.  The party on whose behalf this form is being filed is:  Responding

The undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

**JACOBS GROUP, INC.**
**(INCORRECTLY IDENTIFIED AS JGI GENERAL CONTRACTORS)**

  2.  Attorney information for service as required by Trial Rule 5(B)(2):

| | |
|---|---|
| Jessica N. Hamilton | Atty. No. #34268-71 |
| KOPKA PINKUS DOLIN PC | Telephone: 317-818-1360 |
| 550 Congressional Blvd., Suite 310 | Facsimile:  317-818-1390 |
| Carmel, IN 46032 | Email:  jnhamilton@kopkalaw.com |

**IMPORTANT**:  Each attorney specified on this appearance:

  (a)  certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

  (b)  acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and

1

(c)     understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3.     This is a civil tort case type as defined in administrative Rule 8(B)(3)

4.     I will accept service by:
Fax at the above noted number:  NO
Email at the above noted address:  YES

5.     This case involves child support issues:  NO

6.     This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order:  NO

7.     This case involves a petition for involuntary commitment:  NO

8.     Are there related cases:  NO

9.     Additional information required by local rule:  NONE

10.    Are there other party members:  NO

11.    This form has been served on all other parties and Certificate of Service is attached:  YES

Respectfully Submitted,

KOPKA PINKUS DOLIN PC

By:   */s/ Jessica N. Hamilton*
       Jessica N. Hamilton (#34268-71)
       Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 15th day of March, 2022, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Heidi Kendall-Sage
Alcorn Sage Schwartz & Magrath
One W. Sixth St.
Madison, IN  47250

*/s/ Jessica N. Hamilton*

KOPKA PINKUS DOLIN PC
550 Congressional Blvd.
Suite 310
Carmel, IN  46032
Tel:    (317) 818-1360
Fax:    (317) 818-1390
Email: jnhamilton@kopkalaw.com

99410.76

STATE OF INDIANA                             IN JEFFERSON CIRCUIT COURT

COUNTY OF JEFFERSON                          CAUSE NO.: 39C01-2201-CT-0061

CHARLES GREGORY HICKS,

     Plaintiff,

v.

JGI GENERAL CONTRACTORS,

     Defendant.

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant Jacobs Group, Inc. (incorrectly identified as JGI General Contractors), by counsel, Jessica N. Hamilton of Kopka Pinkus Dolin PC, for its Motion for Extension of Time, states:

1.     Our investigation has revealed that the proper Defendant is Jacobs Group, Inc., not JCI General Contractors as previously named in Plaintiff's Complaint.

2.     Plaintiff's counsel was informed and will be amending Plaintiff's Complaint to reflect the properly named Defendant.

3.     Defendant respectfully requests 15 days after the filing of Plaintiff's Amended Complaint to file its responsive pleadings.

4.     Plaintiff's counsel has no objection to this motion.

**WHEREFORE,** Defendant, Jacobs Group, Inc. (incorrectly identified as JGI General Contractors), respectfully requests an extension of fifteen (15) days after the filing of Plaintiff's Amended Complaint, to answer or otherwise respond to Plaintiff's Amended Complaint, and all other just and proper relief.

Respectfully Submitted,

KOPKA PINKUS DOLIN PC

By:   */s/ Jessica N Hamilton*
     Jessica N. Hamilton (#34268-71)
     Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2022, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Heidi Kendall-Sage
Alcorn Sage Schwartz & Magrath
One W. Sixth St.
Madison, IN  47250

*/s/ Jessica N. Hamilton*

KOPKA PINKUS DOLIN PC
550 Congressional Blvd.
Suite 310
Carmel, IN  46032
Tel:    (317) 818-1360
Fax:    (317) 818-1390
Email: jnhamilton@kopkalaw.com

STATE OF INDIANA      )      IN THE JEFFERSON CIRCUIT COURT
                          ) SS:
COUNTY OF JEFFERSON    )

CHARLES GREGORY HICKS,   )
                          )
      Plaintiff,          )
                          )
      vs.               )      CAUSE NO. 39C01-2201-CT-000061
                          )
JACOBS GROUP, INC,        )
                          )
      Defendant.        )

## ORDER GRANTING MOTION TO AMEND COMPLAINT

Plaintiff, Charles Greg Hicks, by counsel, having filed his Motion for Leave to Amend Complaint, and the Court being duly advised in the matter, now grants said Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff is granted leave to file his Amended Complaint for Damages to Jacobs Group, Inc., as a Defendant in this matter and issue a summons therein. The Amended Complaint for Damages attached to the Motion for Leave to Amend Complaint as Exhibit B is deemed filed and summons issued as of the date of this Order and the Defendant, Jacobs Group, Inc., is ordered to respond to the Amended Complaint for Damages within thirty (30) days of the date of this Order.

So ordered this _____ 3/15/2022 _____

_____
Judge, Jefferson Circuit Court

Copies to:

Heidi Kendall-Sage
Alcorn Sage Schwartz & Magrath, LLP
One West Sixth Street
Madison, IN 47250

Jacobs Group, Inc., Defendant

99410.81

| | |
|---|---|
| STATE OF INDIANA | IN JEFFERSON CIRCUIT COURT |
| COUNTY OF JEFFERSON | CAUSE NO.: 39C01-2201-CT-0061 |
| CHARLES GREGORY HICKS, | |
| Plaintiff, | |
| v. | |
| JGI GENERAL CONTRACTORS, | |
| Defendant. | |

## ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Jacobs Group, Inc. (incorrectly identified as JGI General Contractors), by counsel, files with the Court its Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint.

The Court being duly advised now GRANTS said motion and ORDERS that Defendant shall have 15 days after the filing of Plaintiff's Amended Complaint, to file an answer or otherwise respond to Plaintiff's Amended Complaint.

SO ORDERED: ____3/15/2022____

_____
JUDGE, Jefferson Circuit Court

Distribution to parties via IEFS

STATE OF INDIANA    )       IN THE JEFFERSON CIRCUIT COURT
                  ) SS:
COUNTY OF JEFFERSON  )

CHARLES GREGORY HICKS,   )
                      )
     Plaintiff,          )
                      )
   vs.               )     CAUSE NO. 39C01-2201-CT-000061
                      )
JACOBS GROUP, INC,      )
                      )
     Defendant.      )

## PLAINTIFF'S FIRST AMENDED
## COMPLAINT FOR DAMAGES

      Comes now the Plaintiff, Charles Gregory Hicks, by counsel Heidi Kendall-Sage and for his Complaint says:

      1.  That the Plaintiff, Charles Gregory Hicks , on or about the 14th day of  June, 2021, , was working as a painter at the Deputy Fire Department in Jefferson County, Deputy, in the State of Indiana (hereinafter "the construction site").

      2.  That the Defendant, Jacobs Group, Inc. ("Jacobs Group"), was working at the Deputy Fire Department in Jefferson County, Deputy, Indiana, at the same date and time as the General Contractor of the construction project.

      3.     At all times relevant to this Complaint, the Plaintiff was a resident of Jefferson County, Indiana.

      4.     At all times relevant to this Complaint, the Defendant was operating a business inside the State of Indiana, with headquarters located at 3515 Mattingly Road, Buckner, KY 40010.

3. That the construction project was ongoing inside of the Deputy Fire Department at this date and time of June 14, 2021.

4.      That an employee of the Defendant Jacobs Group began to construct an item using plywood.  While in the course and scope of their employment, an employee of Jacobs Group placed the plywood against a door/wall in the construction site, and left the plywood laying in the walking pathway.

5.      That the Plaintiff, Charles Gregory Hicks, turned a corner inside of the Deputy Fire Department construction site, and caught his foot on the plywood that was placed against the wall but protruding into the walking path.

6.      That as a proximate cause of the plywood placement into the walking path, the Plaintiff tripped and fell and was severely injured.

7.      That the negligent construction and placement of the plywood in the walking path of the Plaintiff by the Defendant Jacobs Group and its employees was the proximate cause of the severe and permanent personal injuries sustained by the Plaintiff.

8. That the Defendant Jacobs Group, as the General Contractor on this construction project, assumed the duty of providing a safe workplace environment, free of hazards, for the construction workers on the site, like the Plaintiff.

9. That the Defendant Jacobs Group, as the General Contractor on this construction project, was contractually obligated to provid3 a safe workplace environment, free of hazards, for the construction workers on the site, like the Plaintiff.

10. The Defendant Jacobs Group failed to provide a safe working environment for construction workers on the site, and breached their duties by:

a.  Creating and maintaining walking areas with debris in the walking path of the workers;

b.  Failing to adequately mark and/or to provide temporary interior lighting to the workplace, so as to warn pedestrians/workers of the unsafe areas and trip hazards:

c.  Failing to place a physical barrier or barriers to protect and prevent pedestrians/workers from walking into trip hazards;

d.  Physically blocking a reasonable route of access for pedestrians/workers walking within the construction site; and

e.  Creating a trip hazard by placing a piece of plywood in a walkway used by workers at the construction site.

10.  That the Defendant owed a duty to the Plaintiff to keep the Construction Site premises in a reasonably safe condition, and not to cause unsafe walking conditions.

11.  That due to the Defendant's negligence and as a direct and proximate cause of said negligence, the Plaintiff has sustained personal injuries, has incurred and will continue to incur medical expenses as a result of said injuries, and has endured and will continue to endure pain and suffering as a result of his injuries, the full extent and permanency of which are not yet fully ascertainable.   The Plaintiff has further suffered a loss of income and will continue to suffer a loss of income due to his injuries, all of which damages are an amount which is not yet fully ascertainable, by for which the Defendant is liable.

WHEREFORE,  the Plaintiff prays for a Judgment against the Defendant in an amount which will compensate him for the losses suffered as a result of the Defendant's negligence, and for all other necessary and proper relief in the premises.

_____

CHARLES GREGORY HICKS, Plaintiff


Respectfully submitted,

_____

Heidi Kendall-Sage, #18030-53
ALCORN SAGE SCHWARTZ & MAGRATH, LLP
One West Sixth Street
Madison, Indiana 47250
(812)273-5230


## JURY DEMAND

The plaintiff by his/her counsel, Heidi Kendall-Sage, demands that this cause by tried by

jury.


Respectfully submitted,

_____

Heidi Kendall-Sage, #18030-53
ALCORN SAGE SCHWARTZ & MAGRATH, LLP
One West Sixth Street
Madison, Indiana 47250
(812)273-5230

Filed: 3/17/2022 8:21 AM
Jefferson Circuit Court
Jefferson County, Indiana

STATE OF INDIANA    )        IN THE JEFFERSON CIRCUIT COURT
                        ) SS:
COUNTY OF JEFFERSON   )

CHARLES GREGORY HICKS,  )
     Plaintiff,        )
                    )
  vs.             )    CAUSE NO. 39C01-2201-CT-000061
                    )
JACOBS GROUP, INC,     )
     Defendant.      )

---

### SUMMONS

---

THE STATE OF INDIANA TO DEFENDANT:

Jacobs Group, Inc
3515 Mattingly Road
Buckner KY 40010

     You are hereby notified that you have been sued in the Jefferson Circuit Court by the person(s) named as plaintiff(s).

     The nature of the suit against you is stated in the complaint which is attached to this summons.  It also states the relief sought or the demand made against you by the plaintiff(s).

     An answer or other appropriate response in writing to the complaint must be filed either you or your attorney within twenty (20) days commencing the day after you receive this summons (or twenty-three (23) days if this summons was received by mail) or a judgment by default may be rendered against you for the relief demanded by plaintiff(s) in the complaint.

     If you have a claim for relief against the plaintiff(s) arising from the same transaction or occurrence, you must assert it in your written answer.

        3/17/2022

DATE:_____                  _____
                                           Clerk, Jefferson Circuit Court

(The following manner of service of summons is hereby designated)
_____ Registered or certified mail.

_____ Service on individual(s) at above address.

_____ Service at place of employment, to-wit_____

_____ Service on agent. (Specify) _____

_____ Other Service. (Specify): _____

ALCORN SAGE SCHWARTZ & MAGRATH, LLP
Attorney for Plaintiff(s)
One West Sixth Street, Madison, Indiana 47250
Address
(812) 273-5230)
Telephone